UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LINA LU,

Plaintiff,

v.

CARRINGTON MORTGAGE SERVICES, LLC, et al.,

Defendants.

Case No. 25-cv-06474-TLT (AGT)

**DISCOVERY ORDER**

Re: Dkt. No. 47

Carrington Mortgage Services, LLC, hasn't persuaded the Court that "[d]iscovery should be confined to the subject loan." Dkt. 47 at 2. Plaintiff is pursuing a "pattern or practice" claim under RESPA, 12 U.S.C. § 2605(f)(1)(B), is seeking public injunctive relief under California's UCL, Cal. Bus. & Prof. Code § 17200 *et seq*., and alleges noncompliance with regulations that require mortgage servicers to maintain "policies and procedures" related to their communications with, and disclosures to, borrowers, 12 C.F.R. § 1024.38. *See* Dkt. 4, Compl. ¶¶ 48–70, 87–103. Plaintiff's claims aren't as narrow as Carrington maintains. Some (if not all) of the broader discovery Plaintiff seeks is therefore relevant.

Nor has Carrington convinced the Court that discovery needs to be curtailed to

protect third-party borrowers' privacy rights. A stipulated protective order is in place, dkt. 29, *amended by* dkt. 39, and Plaintiff has agreed to anonymize or redact certain information related to third-party borrowers, dkt. 47 at 4.

The parties shall meet and confer further in light of this ruling. If a dispute remains unresolved thereafter, they may file a supplemental joint statement addressing it.

**IT IS SO ORDERED.**

Dated: August 20, 2026

Alex G. Tse
United States Magistrate Judge